517 A.2d 1292

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**John J. POTTS.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1986.

Decided Nov. 25, 1986.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Garold Tennis, Philadelphia, for appellant.

Gilbert J. Scutti, Elizabeth A. Savitt, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.